[No. 10136–3–III.   Division Three.   May 14, 1991.]

MARY M. MILLER, *Individually and as Personal Representative, Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–2–00132–0, Ted Kolbaba, J., entered June 20, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.

[No. 10877–5–III.   Division Three.   May 14, 1991.]

GUS FLORES, *Petitioner,* v. RICHLAND–YAKIMA MINI STORAGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–2–02064–4, James R. Thomas, J., entered May 15, 1990. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 14105–1–II.   Division Two.   May 15, 1991.]

SECURITY PACIFIC BANK WASHINGTON, *Respondent,* v. LOIS M. SOMERVILLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 90–2–00225–1, William E. Howard, J., entered July 16, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.